# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

_____ Division

SANCHEZ, JARED PIERCE )
) Case No. _____
) (to be filled in by the Clerk's Office)
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. ) Jury Trial: *(check one)* ✓ Yes ☐ No
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
BROWN UNIVERSITY )
CARE NEW ENGLAND HEALTH SYSTEMS )
LIFESPAN CORPORATION )
)
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JARED PIERCE SANCHEZ |
   | Street Address | 144 Church St. |
   | City and County | Manville  Providence |
   | State and Zip Code | Rhode Island  02838 |
   | Telephone Number | |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BROWN UNIVERSITY |
| Job or Title *(if known)* | THE WARREN ALPERT MEDICAL SCHOOL |
| Street Address | 222 Richmond St. |
| City and County | Providence |
| State and Zip Code | Rhode Island  02903 |
| Telephone Number | (401)-863-3336 |
| E-mail Address *(if known)* | Brittany_Star_Hampton@brown.edu |

Defendant No. 2

| | |
|---|---|
| Name | CARE NEW ENGLAND HEALTH SYSTEMS |
| Job or Title *(if known)* | |
| Street Address | 45 Willard Ave. |
| City and County | Providence |
| State and Zip Code | Rhode Island  02905 |
| Telephone Number | (401)-453-7900 |
| E-mail Address *(if known)* | KLavoie@carene.org |

Defendant No. 3

| | |
|---|---|
| Name | LIFESPAN CORPORATION |
| Job or Title *(if known)* | |
| Street Address | 593 Eddy St. |
| City and County | Providence 02903 |
| State and Zip Code | Rhode Island |
| Telephone Number | (401)-444-6608 |
| E-mail Address *(if known)* | JSmith2@lifespan.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2. [section 703]
Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-7. [section 708]
Title VI of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000d et seq.
U.S. Constitution Amendment 1

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I was discriminated against and punished as a student trainee because of my religion. I am a medical student, enrolled at Brown University. On July 13, 2021, I received an approved exemption for the COVID vaccine from the University. On September 24, 2021, I was informed that I would lose my medical access to RI Hospital by Lifespan due to noncompliance of COVID-19 vaccine policy. Due to losing this access and the fact that the hospitals will not accept my religious exemption to the COVID vaccine, I have been unable to continue in my federally subsidized medical training program and have had to take a 2-year leave of absence from school. I was informed by hospital leadership that the hospitals themselves will provide no exemptions, no exceptions.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Primarily, this student aims to re-enter his training program immediately. This student has incurred financial damages through his student loans entering unplanned repayment, emotional suffering at the hand of a large university that invites diversity but does not protect it, and financial compensation for future projected income as a physician and costs associated with legal actions related to this matter. The plaintiff seeks financial compensation at $3,200,000 and requests a trial by jury.

V.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/24/2023

Signature of Plaintiff

Printed Name of Plaintiff    Jared Pierce Sanchez

B.    **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address