# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JARED PIERCE SANCHEZ,**
    **Plaintiff,**

    **v.**                                                                                                                                    C.A. No. 23-343 JJM

**BROWN UNIVERSITY, CARE NEW ENGLAND HEALTH SYSTEMS; and LIFESPAN CORPORATION,**
    **Defendants.**

## **JUDGMENT**

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Order entered on November 21st, 2023 by this Court.

                                                      Enter:

                                                    /s/ Ryan H. Jackson
                                                    Deputy Clerk

Dated: November 21, 2023